1  Douglas E. Dexter (State Bar No. 115868)
      *ddexter@fbm.com*
2  Chandra S. Andrade (State Bar No. 271769)
      *candrade@fbm.com*
3  Jaya Bajaj (State Bar No. 317909)
      *jbajaj@fbm.com*
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for AMAZON.COM SERVICES, INC.

8                UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

| | |
|---|---|
| 11  BEVERLY ROSALES, | Case No. |
| 12             Plaintiff, | **DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** |
| 13       vs. | |
| 14  AMAZON FULFILLMENT SERVICES; GOLDEN GATE STATE FC, LLC; and Does 1 through 100, Inclusive,, | |
| 15 | |
| 16             Defendant. | |

17

18       TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF BEVERLY

19  ROSALES:

20       PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES, INC.

21  ("Amazon"), pursuant to 28 U.S.C. § 1441(b), hereby removes the above-entitled action to this

22  Court from the Superior Court of the State of California in and for the County of Riverside.

23  **I.     FACTUAL AND PROCEDURAL BACKGROUND**

24       On January 11, 2019, Plaintiff BEVERLY ROSALES ("Plaintiff") filed a civil complaint

25  in the Superior Court of the State of California, County of Riverside, entitled *Beverly Rosales v.*

26  *Amazon Fulfillment Services, et al,* Case No. RIC1900658. A true and correct copy of the

27  Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the

28  "Complaint").

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

37036\12368598.1

DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S.C. 1441(a) - Case No. RIC1900658

In her Complaint, Plaintiff alleges six causes of action against Amazon: (1) Wrongful Discharge in Violation of Public Policy; (2) Gender/Sex/Pregnancy Discrimination; (3) Disability Discrimination; (4) Failure to Accommodate; (5) Failure to Prevent Discrimination; and (6) Disparate Impact Discrimination. *See* **Exh. A**. Plaintiff seeks general damages, emotional distress damages, exemplary damages, compensatory damages, punitive damages, and attorneys' fees. *See* **Exh. A** at p. 7.

On February 19, 2019, Plaintiff amended her Complaint to include Amazon.com Services, Inc. as a defendant. *See* **Exhibit B**. On February 22, 2019, Plaintiff dismissed Defendants Amazon Fulfillment Services and Golden State FC, LLC with prejudice. *See* **Exhibit C**. Amazon.com Services, Inc. is now the only remaining Defendant.

## II. THE NOTICE OF REMOVAL IS TIMELY

Defendants Amazon Fulfillment Services and Golden State FC, LLC were dismissed with prejudice on February 22, 2019. Thus, this Notice of Removal has been timely filed within thirty (30) days from when it was first "ascertained that the case is one which is or has become removable." *See* 28 U.S. §1446(b)(3).[1]

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, and is between . . . citizens of different States[.]"). First, Plaintiff and Amazon are citizens of different states. Plaintiff's Complaint alleges that she resides in Riverside County, California and has lived in Riverside County at all relevant times. *See* **Exh. A** at ¶ 1, pg. 1. Under 28 U.S.C. § 1332(c), a corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" Amazon.com Services, Inc. is a Delaware corporation with its corporate

---

[1] The date 30 days after February 22, 2019 is Sunday, March 24, 2019. Pursuant to the Federal Rules of Civil Procedure, the time period to file this Notice of Removal is therefore extended to the next day that is not a Sunday, or March 25, 2019. *See* Fed. R. Civ. P. 6(a)(1).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2

37036\12368598.1

DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1441(a) - Case No. RIC1900658

1 headquarters and principal place of business in Washington. *See* **Exhibit D** (Washington Secretary
2 of State Annual Report for Amazon.com Services, Inc. listing principal office in Seattle,
3 Washington and incorporation in Delaware). Thus, diversity of citizenship exists.

4     In addition, the amount in controversy exceeds $75,000. Though Amazon denies that
5 Plaintiff is entitled to any damages, Plaintiff seeks general damages, emotional distress damages,
6 exemplary damages, compensatory damages, punitive damages, and attorney's fees. *See* **Exh. A** at
7 p. 7. California federal courts have routinely found that the amount-in-controversy requirement is
8 satisfied in cases with similar claims. *See, e.g.*, *Rodriguez v. Home Depot, USA, Inc.*, No. 16-CV-
9 01945-JCS, 2016 WL 3902838 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement
10 satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional
11 distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. International*
12 *Paper Company*, No. 2:15-CV-08362-ODW, 2016 WL 589853 (C.D. Cal. Feb. 11, 2016)
13 (amount-in-controversy requirement satisfied in disability discrimination case seeking lost
14 earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR*
15 *Technology*, 209 F. Supp. 2d 1029 (2002) (amount-in-controversy requirement satisfied in
16 employment discrimination case seeking compensatory damages, punitive damages, emotional
17 distress damages, injunctive relief, and attorneys' fees). Thus, removal is also proper based on this
18 Court's diversity jurisdiction.

19 **IV.    VENUE AND INTRADISTRICT ASSIGNMENT**

20     Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the
21 district courts of the United States have original jurisdiction, may be removed by the defendant or
22 the defendants, to the district court of the United States for the district and division embracing the
23 place where such action is pending." This Court embraces the Superior Court of the State of
24 California for the County of Riverside, which is where Plaintiff's Complaint was originally filed.
25 Accordingly, this Court is the appropriate court to which to remove this action.

26 **I.    NOTICE OF REMOVAL.**

27     Amazon will promptly provide written notice of this Notice of Removal to Plaintiff, and
28 will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3      37036\12368598.1
DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S.C. 1441(a) - Case No. RIC1900658

California, County of Riverside.

## II. CONCLUSION.

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441(b). Having fulfilled all statutory requirements, Amazon removes this action from the Superior Court of California, County of Riverside to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated: March 25, 2019.        FARELLA BRAUN + MARTEL LLP

By: /s/ Douglas E. Dexter
Douglas E. Dexter

Attorneys for AMAZON.COM SERVICES, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

37036\12368598.1

DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1441(a) - Case No. RIC1900658

# PROOF OF SERVICE

**Beverly Rosales v. Amazon Fulfillment Services, et al.**
**(State Of California, County Of Riverside; Case No. RIC1900658)**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION; Case No. _____**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On March 25, 2019, I served true copies of the following document(s) described as **DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)**

on the interested parties in this action as follows:

| | |
|---|---|
| SANFORD A. KASSEL (State Bar No. 100681)<br>GAVIN P. KASSEL (State Bar No. 284666)<br>Sanford A. Kassel, A Professional Law Corporation<br>Wells Fargo Bank Building, Suite #207<br>334 West Third Street<br>San Bernardino, CA 92401-1823<br>Telephone: (909) 884-6451<br>Facsimile: (909) 884-8032<br>Email: Office@skassellaw.com | *Counsel for Plaintiff* |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Farella Braun + Martel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 25, 2019, at San Francisco, California.

*Angelica V. Dugan* (signature)
Angelica V. Dugan

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

5

37036\12368598.1

DEFENDANT AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1441(a) - Case No. RIC1900658