## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

| | |
|---|---|
| ☐ BANNING 311 E. Ramsey St., Banning, CA 92220 | ☐ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563 |
| ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225 | ☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 |
| ☐ HEMET 880 N. State St., Hemet, CA 92543 | ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501 |
| ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 | |

RI-025

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
SANFORD A. KASSEL (SBN 100681)
SANFORD A. KASSEL, APLC
334 WEST THIRD STREET, SUITE 207
SAN BERNARDINO, CA 92401
EMAIL: office@skassellaw.com

TELEPHONE No.: 909-884-6451  FAX NO. (Optional): 909-884-8032
E-MAIL ADDRESS (Optional): office@skassellaw.com
ATTORNEY FOR (Name): BEVERLY ROSALES

TITLE OF CASE: ROSALES VS. AMAZON ET AL.

FOR COURT USE ONLY

**FILED**
Superior Court of California
County of Riverside
2/19/2019
T. Davis
By Fax

CASE NUMBER:
RIC 1900658

| AMENDMENT TO | ☒ COMPLAINT | ☐ CROSS COMPLAINT |

FICTITIOUS NAME (No order required)
Upon filing the complaint* herein, plaintiff(s)* being ignorant of the true name of a defendant and having designated said defendant in the complaint by the fictitious name of DOE 1 _____ and having discovered the true name of the said defendant to be _____ Amazon.com Services, Inc.

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

2/19/2019   SANFORD A. KASSEL   _(signature)_
(DATE)   (TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)   (SIGNATURE)

INCORRECT NAME (Requires order thereon)
Plaintiff(s)* having designated a defendant in the complaint* by the incorrect name of _____

and having discovered the true name of the said defendant to be _____

hereby amends the complaint by inserting such true name in place and stead of such incorrect name wherever it appears in said complaint.

_____   _____   _____
(DATE)   (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)   (SIGNATURE)

**ORDER**
Proper cause appearing, plaintiff(s)* allowed to file the above amendment to the complaint.*

_____   _____
(DATE)   (JUDGE OF THE SUPERIOR COURT)

*Complaint can also mean a cross-complaint. Plaintiff means a person who files a complaint or cross-complaint (C.C.P. 426.10).

Page 1 of 1
Approved for Optional Use
Riverside Superior Court
RI-025 [Rev. 05/02/11]
AMENDMENT TO COMPLAINT/CROSS COMPLAINT
riverside.courts.ca.gov/localfrms/locIfrms.shtml
RI-025