Douglas E. Dexter (State Bar No. 115868)
  ddexter@fbm.com
Chandra S. Andrade (State Bar No. 271769)
  candrade@fbm.com
Jaya Bajaj (State Bar No. 317909)
  jbajaj@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMAZON.COM SERVICES, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BEVERLY ROSALES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AMAZON FULFILLMENT SERVICES; GOLDEN GATE STATE FC, LLC; and Does 1 through 100, Inclusive,<br><br>                    Defendants. | Case No. 5:19-cv-00537 MWF(SHKx) (Formerly Riverside County Superior Court Case No. RIC1900658)<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION [21]**<br><br>Notice of Removal filed: March 25, 2019 |

Having reviewed the stipulation of the parties to remand this removed action, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-captioned action be remanded to the Superior Court of the State of California, County of Riverside. Each party shall bear its own fees and costs attributable to removal, Plaintiff's remand motion, and the remand of this action.

The Court further orders that the court file in the above-captioned action be transferred by the clerk of this Court to the clerk of the aforesaid State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with the action.

**IT IS SO ORDERED.**

Dated: May 9, 2019

_____
The Honorable Michael W. Fitzgerald
United States District Judge